tion found Moore eligible for Social Security disability benefits. Moore submitted to the Board the first page of a document indicating the award. OPM states that it does not appear that the Board expressly considered the Social Security's disability benefit award in denying Moore's petition.

We agree that the Board's decision should be vacated and the matter remanded. On remand, OPM should consider Moore's award of Social Security disability benefits in determining her entitlement to FERS benefits. *Trevan v. Office of Pers. Mgmt.*, 69 F.3d 520, 526 (Fed.Cir.1995) (although it is not determinative, the Board and OPM must consider an award of Social Security benefits when deciding an application for disability benefits).

Accordingly,

IT IS ORDERED THAT:

(1) The Board's decision is vacated and the case is remanded for further proceedings consistent with this order.

(2) Each side shall bear its own costs.

Tara K. Hogan, Department of Justice, Washington, DC, for Respondent–Appellee.

Mark R. Lippman, The Veterans Law Group, La Jolla, CA, for Claimant–Appellant.

ON MOTION

*ORDER*

Upon consideration of Ronald J. Rockenbaugh's motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.

**Ronald J. ROCKENBAUGH,**
**Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of**
**Veterans Affairs, Respondent–**
**Appellee.**

No. 2008–7079.

United States Court of Appeals,
Federal Circuit.

June 26, 2008.

**Alfredo T. BAGAINDOC,**
**Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of**
**Veterans Affairs, Respondent–**
**Appellee.**

No. 2008–7054.

United States Court of Appeals,
Federal Circuit.

June 26, 2008.